DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE CASTENADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0469 WBS |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) |
| JORGE CASTENADA and ALBERTO VASQUEZ, | ) Date: January 3, 2007<br>) Time: 9:00 a.m.<br>) Judge: The Hon. William B. Shubb |
| Defendant. | ) |

 IT IS HEREBY STIPULATED between the parties, Carolyn K. Delaney, Assistant United States Attorney, attorney for plaintiff, Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant JORGE CASTENADA, and Preciliano Martinez, attorney for defendant ALBERTO VASQUEZ, that the Status Conference presently set for December 13, 2006, be vacated and that a Status Conference hearing date of January 3, 2007 at 9:00 a.m. be set.

 This continuance is being requested because co-defendant's counsel Preciliano Martinez is presently in trial in Stanislaus County and therefore unavailable.

1   IT IS FURTHER STIPULATED that the period from December 13, 2006
2 through and including January 3, 2007, should be excluded in computing
3 the time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: December 12, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JORGE CASTENADA


/s/ Matthew C. Bockmon for
_____
PRECILIANO MARTINEZ
Attorney for Defendant
ALBERTO VASQUEZ

Dated: December 12, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
CAROLYN K. DELANEY
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: December 12, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                         2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order                                    3