```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JORGE CASTENADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0469 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| JORGE CASTENADA and ) | Date: March 19, 2007 |
| ALBERTO VASQUEZ, ) | Time: 8:30 a.m. |
| ) | Judge: The Hon. William B. Shubb |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED between the parties, Carolyn K. Delaney, Assistant United States Attorney, attorney for plaintiff, Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant JORGE CASTENADA, and Preciliano Martinez, attorney for defendant ALBERTO VASQUEZ, that the Status Conference presently set for February 20, 2007, be vacated and that a Status Conference hearing date of March 19, 2007 at 8:30 a.m. be set.

This continuance is being requested so that defense counsel can receive and then review discovery with their clients and conduct investigation in the case.

1    IT IS FURTHER STIPULATED that the period from February 20, 2007
2 through and including March 19, 2007, should be excluded in computing
3 the time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: February 9, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JORGE CASTENADA


/s/ Matthew C. Bockmon for
_____
PRECILIANO MARTINEZ
Attorney for Defendant
ALBERTO VASQUEZ

Dated: February 9, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
CAROLYN K. DELANEY
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: February 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE