McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-469 WBS |
| Plaintiff, ) | |
| v. ) | ORDER |
| JORGE CASTENADA, and ) ALBERTO VASQUEZ, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED:** That the status conference set for March 19, 2007 is VACATED, and a new status conference date of May 7, 2007, is scheduled. It is further ORDERED that the time under the Speedy Trial Act between March 19, 2007, and May 7, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of justice.

Dated: March 20, 2007

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1