McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 06- 469 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION |
| | ) | |
| JORGE CASTENADA and | ) | |
| ALBERTO VASQUEZ | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Leslie Monahan, Special Assistant United States Attorney, together with the defendants and their counsel, Matthew Bockmon and Preciliano Martinez, that the status conference currently scheduled for Monday, May 7, 2007, be vacated and a new status conference be scheduled on Monday, June 18, 2007.

   It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to, June 18, 2007, under Local Code T4, Title 18,

1

1  United States Code, Section 3161 (h)(8)(B)(iv), to give the
2  defendants time to review the discovery and to adequately
3  prepare; the parties are awaiting the results of further
4  investigation.

Dated: May 4, 2007                    Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                U.S. Attorney

                                                /s/ Leslie Monahan

                                                LESLIE MONAHAN
                                                Special Assistant U.S.Attorney

Dated: May 4, 2007                    /s/ Matthew Bockmon

                                                MATTHEW BOCKMON
                                                Attorney for JORGE CASTENADA


Dated: May 4, 2007                    /s/ Preciliano Martinez

                                                PRECILIANO MARTINEZ
                                                Attorney for ALBERTO VASQUEZ

McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. S 06-469 WBS |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| JORGE CASTENADA, and<br>ALBERTO VASQUEZ, | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED:** That the status conference set for May 7, 2007 is VACATED, and a new status conference date of June 18, 2007, is scheduled. It is further ORDERED that the time under the Speedy Trial Act between May 7, 2007, and June 18, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of

///

///

1

1  justice.

2  Dated:  May 4, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE