```
McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-469 WBS |
| Plaintiff, ) | |
| v. ) | ORDER |
| JORGE CASTENADA, and ) ALBERTO VASQUEZ, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED:** That the status conference set for June 18, 2007 is VACATED, and a new status conference date of August 13, 2007, is scheduled. It is further ORDERED that the time under the Speedy Trial Act between June 18, 2007, and August 13, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of

///

///

1

1  justice.
2  Dated:   June 15, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE