McGREGOR W. SCOTT
United States Attorney
LESLIE MONAHAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 06- 469 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION |
| | ) | |
| JORGE CASTENADA and | ) | |
| ALBERTO VASQUEZ | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Leslie Monahan, Special Assistant United States Attorney, together with the defendants and their counsel, Matthew Bockmon and Preciliano Martinez, that the status conference currently scheduled for Monday, October 15, 2007, be vacated and a new status conference be scheduled on Tuesday, November 13, 2007.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to, November 13, 2007, under Local Code T4, Title

1

18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to review the discovery and to adequately prepare; the parties are awaiting the results of further investigation.

Dated: October 12, 2007                Respectfully submitted,

                                                       McGREGOR W. SCOTT
                                                      U.S. Attorney

                                                      /s/ Leslie Monahan

                                                      LESLIE MONAHAN
                                                      Special Assistant U.S.Attorney

Dated: October 12, 2007                /s/ Matthew Bockmon

                                                      MATTHEW BOCKMON
                                                      Attorney for JORGE CASTENADA

Dated: October 12, 2007                /s/ Preciliano Martinez

                                                      PRECILIANO MARTINEZ
                                                      Attorney for ALBERTO VASQUEZ

1  McGREGOR W. SCOTT
   United States Attorney
2  LESLIE MONAHAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-469 WBS |
| Plaintiff, ) | |
| v. ) | ORDER |
| JORGE CASTENADA, and ) ALBERTO VASQUEZ, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED**:   That the status conference set for October 15, 2007 is VACATED, and a new status conference date of November 13, 2007, is scheduled. It is further ORDERED that the time under the Speedy Trial Act between October 15, 2007, and November 13, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to adequately prepare and in the interests of

///

///

3

1  justice.
2  Dated:   October 12, 2007

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

4