1  McGREGOR W. SCOTT
   United States Attorney
2  LESLIE MONAHAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

5

6

7

8
            IN THE UNITED STATES DISTRICT COURT FOR THE
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,    ) CR No. S 06-469 WBS
12                              )
            Plaintiff,          )
13                              )
        v.                      )
14                              ) ORDER
                                )
15 JORGE CASTENADA, and         )
   ALBERTO VASQUEZ,             )
16                              )
            Defendants.         )
17

18

19     **IT IS HEREBY ORDERED**:    That the status conference set for

20 November 13, 2007 is VACATED, and a new status conference date of

21 January 7, 2008, is scheduled. It is further ORDERED that the

22 time under the Speedy Trial Act between November 13, 2007, and

23 January 7, 2008, is excluded under Local Code T4, Title 18,

24 United States Code, Section 3161 (h)(8)(B)(iv), to give the

25 defendants time to adequately prepare and in the interests of

26 ///

27 ///

28

justice.

Dated:    November 13, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE