PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ALBERTO VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 2:06-cr-469-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| vs. ) | DATE, AND CONTINUING CASE |
| ) | |
| ) | DATE:   January 7, 2008 |
| ALBERTO VASQUEZ and ) | TIME:    8:30 a.m. |
| JORGE CASTENADA ) | JUDGE:  HON. WILLIAM B. SHUBB |
| ) | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Leslie Monahan, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Alberto Vasquez, and Federal Defender Matthew Bockmon, Counsel for Defendant Jorge Castenada, that the Status Conference date scheduled for January 7, 2008, be vacated and the status conference be continued to this court's calendar on April 14, 2008 at 8:30 a.m. Counsel for defense are awaiting Plea Agreements from Attorney Leslie Monahan, thus continuance is being requested.

The court is advised that counsel have conferred about this request, that they have agreed to the court April 14, 2008 date and that Ms. Monahan and Mr. Bockmon have authorized Preciliano Martinez to sign this stipulation on their behalf.

///

1

**IT IS SO STIPULATED**

DATED:  January 2, 2008                              /s/ Preciliano Martinez            .
                                                     PRECILIANO MARTINEZ
                                                     Attorney for Defendant
                                                     Alberto Vasquez

DATED:  January 2, 2008                              /s/ Matthew Bockmon                .
                                                     MATTHEW BOCKMON
                                                     Attorney for Defendant
                                                     Jorge Castenada

DATED:  January 2, 2008                              /s/ Leslie Monahan                 .
                                                     LESLIE MONAHAN
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED**

DATED:  January 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE