1  GILBERT A. ROQUE
   Attorney at Law
2  California State Bar Number 074966
   913 Court Street
3  Woodland, California 95695
   (530) 666-1935
4
   Attorney for JORGE CASTENADA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:06-CR-469-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) PROPOSED ORDER |
| vs. | ) TO CONTINUE |
| | ) STATUS CONFERENCE |
| JORGE CASTENADA, | ) TO AUGUST 4, 2008 |
| Defendant. | ) |

Defendant Jorge Castenada, through Gilbert A. Roque, his appointed counsel, and the United States of America, through Special Assistant United States Attorney Leslie Monahan, agree that the Status Conference set for June 30, 2008, at 8:30 a.m., be continued to August 4, 2008, at 8:30 a.m., before the Honorable William B. Shubb.

In addition, it is agreed that the Court should find excludable time through August 4, 2008, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: June 25, 2008   /s/ Gilbert A. Roque
                       GILBERT A. ROQUE, Attorney for
                       JORGE CASTENADA, Defendant

DATED: June 25, 2008   /s/Leslie Monahan
                       LESLIE MONAHAN
                       Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  June 27, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE