HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORGE CASTENADA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE CASTENADA,<br><br>　　　　　Defendant. | No. Cr. S 06-469-01 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

　　　　Defendant, JORGE CASTENADA by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On October 27, 2008, this Court sentenced Mr. Castenada to a term of 135 months;

　　　　3.　　His total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months;

1      4.     The sentencing range applicable to Mr. Castenada was subsequently lowered by
2  the United States Sentencing Commission in Amendment 782, made retroactive on July 18,
3  2014, see 79 Fed. Reg. 44,973;
4      5.     Mr. Castenada's total offense level has been reduced from 33 to 31, his amended
5  guideline range is 108 to 135 months; and,
6      6.     Accordingly, the parties request the Court enter the order lodged herewith
7  reducing Mr. Castenada's term of imprisonment to a term of 108 months.
8      7.     In light of the parties' stipulation, the noticed motion filed April 22, 2015, is
9  withdrawn.

Respectfully submitted,

Dated:  April 23, 2015                                    Dated:   April 23, 2015

BENJAMIN B. WAGNER                                        HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender


 /s/ *Jason Hitt*                                          /s/ *David M. Porter*
JASON HITT                                                DAVID M. PORTER
Assistant U.S. Attorney                                   Assistant Federal Defender

Attorney for Plaintiff                                    Attorney for Defendant
UNITED STATES OF AMERICA                                  JORGE CASTENADA

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Castenada is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2008 is reduced to a term of 108 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Castenada shall report to the United States Probation Office within seventy-two hours after his release.

The noticed motion having been withdrawn, the hearing set for May 11, 2015 is VACATED.

Dated:  April 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE